BEFORE THE FIRST DIVISION, JUNE 20, 1949

**No. 53293.**—Herman Meyer Drug Co. et al. *v.* United States, protests 84813–K, etc. (New York).

Opinion by COLE, J. The protests were dismissed.

**No. 53294.**—Amtorg Trading Corp. et al. *v.* United States, protests 123128–K, etc. (New York).

Opinion by COLE, J. The protests were dismissed.

**No. 53295.**—E. Meer & Co., Inc., et al. *v.* United States, protests 137016–K, etc. (New York).

Opinion by COLE, J. The protests were dismissed.

**No. 53296.**—Hoffmann-La Roche, Inc., et al. *v.* United States, protests 139863–K, etc. (New York).

Opinion by COLE, J. The protests were dismissed.

**No. 53297.**—J. W. Hampton, Jr., & Co., Inc., et al. *v.* United States, protests 143894–K (B), etc. (New York).

Opinion by COLE, J. The protests were dismissed.

**No. 53298.**—Kasenit Co. et al. *v.* United States, protests 143960–K, etc. (New York).

Opinion by COLE, J. The protests were dismissed.